CM/ECF hrg13
(Rev. 07/22/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Annie D. Lester                )    Case No.: 19–12917–JDW
      Debtor(s)                        )    Chapter: 13
                                       )    Judge: Jason D. Woodard
                                       )
                                       )

PLEASE TAKE NOTICE that a hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 9/17/19 at 01:30 PM

Responses Due: 9/13/19

to consider and act upon the following:

*21* − Motion to Abandon ., Motion for Relief from Stay ., Motion for Relief from Stay (Codebtor or Child Support) Filed by Bart M. Adams on behalf of 1st Franklin Financial . Entered on Docket by: (CHH)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 8/28/19

                              Shallanda J. Clay
                              Clerk, U.S. Bankruptcy Court

                              BY: AOH
                                  Deputy Clerk