# SCHNELLER & LOMENICK, P.A.

Attorneys at Law
126 North Spring Street
P. O. Box 417*
Holly Springs, Mississippi 38635

**Karen B. Schneller**  
**Robert H. Lomenick, Jr.**

Phone: 662-252-3224  
Fax:   662-252-2858

September 17, 2019

United States Bankruptcy Court
Northern District of Mississippi
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730

        RE:   Annie D. Lester
                  Chapter 13, Case # 19-12917

Dear Clerk:

Please be advised that the correct mailing address for the debtor in the above referenced cause of action is as follows:

**Annie D. Lester**
**1224 Hwy 349 S.**
**Potts Camp, MS 38659**

Should you have any questions or need any further information, please do not hesitate to contact my office.

                                    Sincerely,

                                    KAREN B. SCHNELLER
                                    ROBERT H. LOMENICK

KBS-RHL/jh

---

Olive Branch Office
7289 Goodman Road
Olive Branch, MS 38654
Phone (662) 890-3100 Fax (662) 252-2858

* Mailing Address

